UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COLDICUTT<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Case No.:  16cv1952-GPC-MDD<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978**<br><br>**[ECF NO. 1]** |

Before the Court is Plaintiff's motion to quash an administrative subpoena issued by the United States Securities and Exchange Commission to Plaintiff's bank calling for the production of Plaintiff's financial records. *See* Plaintiff's Declaration at ¶¶ 1, 10 (ECF No. 1-2).  Plaintiff's motion is brought pursuant to the Right to Financial Privacy Act of 1978 ("RFPA"), 12 U.S.C. §3410.  (ECF No. 1).

The RFPA provides "the sole judicial remedy available to a customer to oppose disclosure of financial records" pursuant to an administrative subpoena. 12 U.S.C. §3410(e). Under the RFPA, a "'customer' means a person or authorized representative of that person . . . ." §3401(5). A "'person' means an individual or a partnership of five or fewer individuals." §3401(4). A customer may file a motion to quash within "ten days of service or within fourteen days of mailing of a subpoena . . . ." §3410(a). The RFPA does not apply to any corporate entities.

Along with his motion, Plaintiff filed a Declaration. (ECF No. 1-2). The Declaration fails to allege that Plaintiff is a "customer" within the meaning of the RFPA as required by §3410(a)(1) and fails to provide any facts regarding the timeliness of his motion. The Declaration refers to two Exhibits; however, those exhibits were not filed with the Declaration. The Court does not know whether the unfiled exhibits would satisfy the jurisdictional deficiencies.

At this juncture, the Court finds that Plaintiff has not complied with §3410(a) and, accordingly, will not require Defendant to respond. *See* §3410(b). Plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

Dated: August 4, 2016

Hon. Mitchell D. Dembin
United States Magistrate Judge